# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| ANDERSON DESIGN GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:25-cv-11830 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff ANDERSON DESIGN GROUP, INC. ("Anderson Design Group" or "Plaintiff"), against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Anderson Design Group having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Anderson Design Group having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Anderson Design Group has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Anderson Design Group's federally registered copyrights, which is protected by U.S. Copyright Registration Nos. VA 2-428-614; VA 2-429-053; VA 2-428-623; VA 2-429-577; VA 2-429-052; VA 2-429-598; VA 2-428-572; and VA 2-428-579 (the "Anderson Design Group Works") to residents of Illinois. In this case, Anderson Design Group has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Anderson Design Group Works. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Anderson Design Group Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Anderson Design Group's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Anderson Design Group Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Anderson Design Group product or not authorized by Anderson Design Group to be sold in connection with the Anderson Design Group Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Anderson Design Group product or any other product produced by Anderson Design Group, that is not Anderson Design Group's or not produced under the authorization, control, or supervision of Anderson Design Group and approved by Anderson Design Group for sale under the Anderson Design Group Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Anderson Design Group, or are sponsored by, approved by, or otherwise connected with Anderson Design Group; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for Anderson Design Group, nor authorized by Anderson Design Group to be sold or offered for sale, and which bear any of Anderson Design Group's copyrights, including the Anderson Design Group Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Anderson Design Group Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Anderson Design Group or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Anderson Design Group product or not authorized by Anderson Design Group to be sold in connection with the Anderson Design Group Works.

3. Upon Anderson Design Group's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or

associated with Defaulting Defendants in connection with the sale of infringing goods using the Anderson Design Group Works.

4.  Pursuant to 17 U.S.C. § 504(c)(2), Anderson Design Group is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of the infringing Anderson Design Group Works on products sold through at least the Defendant Internet Stores.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including Temu, LLC ("Temu"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Temu, are hereby released to Anderson Design Group as partial payment of the above-identified damages, and Third Party Providers, including Temu, are ordered to release to Anderson Design Group the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Anderson Design Group has recovered full payment of monies owed to it by any Defaulting Defendant, Anderson Design Group shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Anderson Design Group identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Anderson Design Group may send notice of any supplemental proceeding, including a citation to discover assets, to

Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Joel Anderson and any e-mail addresses provided for Defaulting Defendants by third parties.

9.      To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: 11/21/2025

Charles P. Kocoras
United States District Judge

# First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | VistaSky |
| 2 | SL Starlight |
| 3 | RV Rainveil |
| 4 | OX OceanX |
| 5 | FW FlyBuy |
| 6 | ZH ZOEY |
| 7 | HER Painting Shop |
| 8 | Guo Serenity Dcor |
| 9 | Guo Cozy Haven |
| 10 | liqingfuzhaung local |
| 11 | Kangsulan |
| 12 | Signer TEB |
| 13 | LSDFSSSDFII |
| 14 | RegalRobe |
| 15 | LZMGXBBQD |
| 16 | |
| 17 | |
| 18 | KGG Canvas Painting Shop |
| 19 | YCC Canvas Painting Shop |
| 20 | YJ Canvas Painting Shop |
| 21 | QYY Canvas Painting Shop |
| 22 | YXX Canvas Painting Shop |
| 23 | xxxprint Arts v |
| 24 | Wind commerce and trade |
| 25 | FenghuoUB |
| 26 | Rdfbhg ai Sport Shop |
| 27 | FenghuoUC |
| 28 | AKISTGWMJ |
| 29 | hui poster |
| 30 | FZXONVJS |
| 31 | FVAZQA |
| 32 | |
| 33 | JLHBDT |
| 34 | Artist metal totem |
| 35 | boboposter |

| | |
|---|---|
| 36 | Exclusively supplied by Ji Fan local |
| 37 | Nove NOVE |
| 38 | |
| 39 | FUIDRRFD |
| 40 | HGVZQQ |
| 41 | |
| 42 | |
| 43 | M MLAND |
| 44 | XGY ART |
| 45 | |
| 46 | Mazu Goddess Art local |
| 47 | Migu Fashion |
| 48 | |
| 49 | xxxart PrintsD |
| 50 | jiaozhib |
| 51 | shoukou C |
| 52 | jiaozhic |
| 53 | XU Y |
| 54 | XU Z |
| 55 | xxxart PrintsUU |
| 56 | DAI Tin painting |
| 57 | ronWhisper Gallery AA |
| 58 | ARTEAK |
| 59 | ZLPWAKK |
| 60 | LZMGXBZLB |
| 61 | FusionCharmMart |
| 62 | |
| 63 | HLKTIKE SLO |
| 64 | ClangCanvas Studio |
| 65 | LiWai Gallery |
| 66 | Interesting Cup World |
| 67 | |
| 68 | YJuMao |
| 69 | |
| 70 | FENVOX |
| 71 | |
| 72 | Lucky yuyang |

| | |
|---|---|
| 73 | Simtacha |
| 74 | XY Appliances |
| 75 | Pan Appliances |
| 76 | MeiCheng Mall |
| 77 | |
| 78 | Virexa |
| 79 | |
| 80 | WhimzyWink |
| 81 | GUEDIAO |
| 82 | Javikry |
| 83 | Fletora |
| 84 | |
| 85 | |
| 86 | ZYFANGD local |
| 87 | JINXIFANGZHI |
| 88 | |
| 89 | Ctrlt Sport Shop |
| 90 | XUSHENG HOME TEXTILE |
| 91 | |
| 92 | Jiale household textile co l |
| 93 | IFloating dream |
| 94 | FOREST SPACE ART local |
| 95 | |
| 96 | Seek Safe |
| 97 | |
| 98 | |
| 99 | ElegantEpoch |
| 100 | yoyo art shop b |
| 101 | Thriving Thrift |
| 102 | LA Canvas Painting Shop |
| 103 | Colorful shopzone |
| 104 | |
| 105 | |
| 106 | ouzlh fashion shop |
| 107 | xcvxcvv |
| 108 | XBDDPW |
| 109 | MetalArtistryHaven |

| | |
|---|---|
| 110 | dfdsfdsf |
| 111 | CX Animal Oil Painting |
| 112 | FYQKGFZT |
| 113 | me moom |
| 114 | LWJ Animal Oil Painting |
| 115 | |
| 116 | every one mood local |
| 117 | shoukou A |
| 118 | jiaozhia |
| 119 | Ah phone local |
| 120 | |
| 121 | The Home of Genuine Products |
| 122 | Beautiful Brawing Board |
| 123 | Northern Oblivion |
| 124 | |
| 125 | Dstar pro |
| 126 | DIY Iron painting |
| 127 | zhangTin painting |
| 128 | temuh |
| 129 | |
| 130 | Heavenly Living |
| 131 | Zheng Tin painting |
| 132 | |
| 133 | FHZYJFKW |
| 134 | |
| 135 | |
| 136 | Iron Intentionalism local |
| 137 | |
| 138 | LOVE Grapefruit Art |
| 139 | YC Canvas Painting Shop |
| 140 | Lb Grapefruit Art |
| 141 | Wb Grapefruit Art |
| 142 | XQY Canvas Painting Shop |
| 143 | LZ Canvas Painting Shop |
| 144 | Cplshx |
| 145 | KJXACBII |
| 146 | LZMGXALZLB |

| | |
|---|---|
| 147 | LZMGXALZLA |
| 148 | Hz Frameless painting |
| 149 | Ld Frameless painting |
| 150 | XZXartC CC |
| 151 | XBYTPHH |
| 152 | FTRWBHUG |
| 153 | KAYIQING |
| 154 | A poster that brings good luck |
| 155 | gaolaogeII |
| 156 | rong poster |
| 157 | MetalCanvas Co |
| 158 | glmshop |
| 159 | EdgeWear Shop |
| 160 | shunjianshop |
| 161 | TIEPI |
| 162 | happy dayshop |
| 163 | JULIHAO |
| 164 | SLO ANRIOS |
| 165 | |
| 166 | LZMGXBXJWA |
| 167 | FBZVCKRA |
| 168 | LZMGXAKRA |
| 169 | WHWXRSTWO |
| 170 | MetalBem |
| 171 | yufangdianpu local |
| 172 | HLKBBAC |
| 173 | HLKZHBA |
| 174 | FTPKWJIT |
| 175 | |
| 176 | |
| 177 | |
| 178 | WAZSAY |
| 179 | Wenkayin |
| 180 | RUULIN Discount local |
| 181 | YAMANXIN |
| 182 | xxxprint Arts s |
| 183 | ZCWIC |

| | |
|---|---|
| 184 | UCGVJH |
| 185 | PLAGUE AND SIGN |
| 186 | PantherProwl |
| 187 | FoxFable |
| 188 | LuxeLineH |
| 189 | shoukou B |
| 190 | bei home |
| 191 | BlueRibbon Mart |
| 192 | StarDragon Fly LIMITED |
| 193 | KJXABCPP |
| 194 | Poster Artwork |