**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDERSON DESIGN GROUP, INC., | Case No.: 1:25-cv-11830 |
| Plaintiff, | **Judge Charles P. Kocoras** |
| v. | **Magistrate Judge Keri L. Holleb Hotaling** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Minute Entry [80], Plaintiff, Anderson Design Group, Inc. ("Plaintiff"), submits this status report regarding Defendant Nos. 115 YCJ Decorative paintings and posters, 175 wonderful poster, 176 Beautiful life in dream, and 177 A one poster (collectively, the "Defendants"). Plaintiff provided a copy of this status report to counsel for Defendants on July 29, 2026, but as of the time of this filing have not heard from them.

Following the Court's entry of default judgment as to the defaulting defendants (Dkt. 80), the only remaining Defendants are those that have resolved Plaintiff's claims by settlement. The Parties executed a settlement agreement under which those Defendants agreed to pay Plaintiff the settlement amount, with payment due August 8, 2026.

That payment deadline has not yet passed, and the settlement amount is therefore not yet due. If Defendants remit the settlement amount on or before August 8, 2026, Plaintiff will promptly file a stipulation of dismissal. If Defendants fail to remit the settlement amount by that date, the Parties will submit a joint status report by August 12, 2026.

The Parties will keep the Court promptly apprised of any further developments.

DATED: July 30, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 30, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt