**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANDERSON DESIGN GROUP, INC., | Case No.: 1:25-cv-11830 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Keri L.Holleb Hotaling |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Anderson Design Group, Inc. ("Plaintiff"), with the agreement and consent of Defendant Nos. 115 YCJ Decorative paintings and posters, 175 wonderful poster, 176 Beautiful life in dream, and 177 A one poster (collectively, the "Defendants"), respectfully move the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as Exhibit A to the accompanying Declaration of Keith A. Vogt filed in support of this Motion. Plaintiff states as follows:

The Parties executed a settlement agreement resolving all claims in this action. Under that agreement, Defendants agreed to pay Plaintiff three thousand dollars ($3,000) (the "Settlement Amount") and to remit the Settlement Amount by August 8, 2026. Defendants did not provide notice that additional time was needed and did not request an extension of that deadline.

Defendants did not remit the Settlement Amount by the August 8, 2026, deadline. Consistent with the Parties' agreement, and with Defendants' consent, the Parties jointly move for entry of the proposed Consent Judgment attached hereto as Exhibit A, which awards the Settlement Amount, enters the agreed permanent injunction, and preserves Plaintiff's right to reasonable

attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, the Parties respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: August 12, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 12, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt