**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANDERSON DESIGN GROUP, INC., | Case No.: 1:25-cv-11830 |
| Plaintiff, | Judge Charles P. Kocoras |
| v. | Magistrate Judge Keri L. Holleb Hotaling |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that on Tuesday, August 18, 2026, at 9:50 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Charles P. Kocoras of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's Agreed Motion for Entry of Consent Judgment against Defendant Nos. 115 YCJ Decorative paintings and posters, 175 wonderful poster, 176 Beautiful life in dream, and 177 A one poster.

DATED: August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 13, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt